Civil Case No. _____

# EXHIBIT C
# TO NOTICE OF REMOVAL

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| NATIONAL CONSUMERS LEAGUE,<br>1701 K Street, #1200 NW,<br>Washington, District of Columbia 20006<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.,<br>One General Mills Boulevard<br>Minneapolis, Minnesota 55426<br><br>Defendant. | 2009 CA 0006069 B<br>Hon. Neal E. Kravitz |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO PLAINTIFF AND ITS COUNSEL OF RECORD, AND TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

PLEASE TAKE NOTICE that on October 2, 2009, Defendant General Mills, Inc., filed in the United States District Court for the District of Columbia a Notice of Removal, a copy of which is attached to this document.

You are also advised that Defendant filed a copy of the Notice of Removal with the Clerk of this Court, thus effecting removal pursuant to 28 U.S.C. § 1446(d). Accordingly, the Superior Court of the District of Columbia may proceed no further unless and until the case is remanded. *Id.*

Dated: October 2, 2009

Respectfully submitted,

_____
MINODORA D. VANCEA (D.C. Bar No. 492335)
DVancea@gibsondunn.com
ANDREW S. TULUMELLO (D.C. Bar No. 468351)

ATulumello@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-4238
*Counsel for Defendant*
*General Mills, Inc.*