Civil Case No. _____

# EXHIBIT D
# TO NOTICE OF REMOVAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CONSUMERS LEAGUE,<br>1701 K Street, #1200 NW,<br>Washington, District of Columbia 20006<br><br>   Plaintiff,<br><br>  v.<br><br>GENERAL MILLS, INC.,<br>One General Mills Boulevard<br>Minneapolis, Minnesota 55426<br><br>   Defendant. | Civil Case No. _____<br><br>[D.C. Superior Court 2009 CA 0006069 B] |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

  I, the undersigned, counsel of record for Defendant General Mills, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of General Mills, Inc., which have any outstanding securities in the hands of the public.

- General Mills, Inc. ("GIS" on the New York Stock Exchange)

No other publicly held corporation owns, directly or indirectly, 10% or more of General Mills' stock.

  These representations are made in order that judges of this court may determine the need for recusal.

///

///

///

///

1

DATED: October 2, 2009

Washington, D.C.

Respectfully submitted,

_____
MINODORA D. VANCEA (D.C. Bar No. 492335)
DVancea@gibsondunn.com
ANDREW S. TULUMELLO (D.C. Bar No. 468351)
ATulumello@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue N.W.
Washington, DC 20036-5036
Telephone: (202) 955-8500
Fax: (202) 467-0539

*Counsel for Defendant,*
*GENERAL MILLS, INC.*

100737503_1.DOC

2