CLERK'S OFFICE  CO-932
UNITED STATES DISTRICT COURT  Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

I. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

- [ ] (a) relates to common property
- [x] (b) involves common issues of fact
- [x] (c) grows out of the same event or transaction
- [ ] (d) involves the validity or infringement of the same patent
- [ ] (e) is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
**Related cases have been filed in the following U.S. District Courts: E.D. Cal., C.D. Cal., D.N.J., E.D.N.Y.**

4. CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**Please see attached.** _____ v. _____ C.A. No. _____

**October 2, 2009**
DATE                Signature of Plaintiff/Defendant (or counsel)

Civil Case No. _____

*Attachment to Notice of Designation of Related Civil Cases*
*<u>Pending In This Or Any Other United States Court</u>*

4.  CAPTION AND CASE NUMBER OF RELATED CASE(ES)

   *Choi v. General Mills, Inc.* (C.D. Cal., Case No. 09-3940)

   *Huey v. General Mills, Inc.* (E.D. Cal., Case No. 09-1368)

   *Myers et al. v. General Mills, Inc.* (D.N.J., Case No. 09-2413)

   *Stevens v. General Mills, Inc.* (E.D.N.Y., Case No. 09-2289)

   *Theodore v. General Mills, Inc.* (C.D. Cal., Case No. 09-4620) (removed from Los Angeles Superior Court, former Case No. BC414391)

100737500_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2009, the foregoing Notice of Designation of Related Civil Cases Pending In This Or Any Other United States Court was sent by first-class mail, postage prepaid, to the following:

Donald J. Enright
Karen J. Marcus
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th St., NW
Washington, DC  20007

*Counsel for Plaintiff*

_____
MINODORA D. VANCEA (D.C. Bar No. 492335)
DVancea@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue N.W.
Washington, DC  20036-5036
Telephone:  (202) 955-8500
Fax:  (202) 467-0539

100737500_1.DOC